**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

# CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

## CERTIFICATE NUMBER

25-CT-23832513

| INSPECTION DATE | ISSUE DATE | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE |
|---|---|---|---|
| 2025-05-29 | 2025-06-04 | | &#124; |

| ORIGIN OF SHIPMENT | CONSIGNOR, PRESENT OWNER OF SHIPMENT | DESTINATION OF SHIPMENT | CONSIGNEE, NEW OWNER OF SHIPMENT | CARRIER, TRANSPORTER |
|---|---|---|---|---|
| **Amy Lyons**<br>91 Lake Road<br>Killingly, CT 06241<br>Windham County<br>Phone: 860-617-4425<br>PIN/LID: / | **Amy Lyons**<br>91 Lake Road<br>Killingly, CT 06241<br>Windham County<br>Phone: 860-617-4425<br>PIN/LID: / | **Amy Lyons**<br>3341 Leatherwood Ford Rd<br>Jamestown, TN 38556<br>Fentress County<br>Phone: 860-617-4425<br>PIN/LID: / | **Amy Lyons**<br>3341 Leatherwood Ford Rd<br>Jamestown, TN 38556<br>Fentress County<br>Phone: 860-617-4425<br>PIN/LID: / | **Amy Lyons**<br>91 Lake Road<br>Killingly, CT 06241<br>Windham County<br>Phone: 860-617-4425<br>PIN/LID: / |

| SPECIES - NUMBER IN SHIPMENT | PURPOSE(S) OF MOVEMENT | CARRIER TYPE | HERD STATUS NUMBER | HERD FREE FOR | CURRENT STATE/AREA STATUS |
|---|---|---|---|---|---|
| Equine () - 27 animals | Owner Relocation | Truck/Trailer | | | |

**REMARKS/ADDITIONAL CERTIFICATION STATEMENTS**

Case 2:26-cv-00035    Document 1-1    Filed 06/03/26    Page 1 of 28 PageID #: 26

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

# CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

## CERTIFICATE NUMBER

### 25-CT-23832513

| INSPECTION DATE 2025-05-29 | ISSUE DATE 2025-06-04 | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE |
|---|---|---|---|

**Name:** Holland | **DOB:** 2007-08-01 | **Color:** Buckskin | **Gender:** Mare | **Breed:** Quarter Horse | **Head Count:** 1

**Official ID Types: | IDs:**

**Remarks:**
**Brand Description:** C with line underneath, left hind
**Temperature:** 98.6

## Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316213653 | 2025-05-30 | Negative |

## Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

## Markings

| HEAD No marking | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB | RIGHT HINDLIMB | NECK AND BODY |
|---|---|---|---|---|---|


Left


Right


Front


Other

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

## CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

### CERTIFICATE NUMBER

25-CT-23832513

| INSPECTION DATE | ISSUE DATE | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE |
|---|---|---|---|
| 2025-05-29 | 2025-06-04 | | \| |

**Name:** London | **DOB:** 2005-05-27 | **Color:** Bay | **Gender:** Mare | **Breed:** Appendix | **Head Count:** 1

**Official ID Types:** | **IDs:**

**Remarks:**
Temperature: 96.7

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316209573 | 2025-05-30 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

### Markings

| HEAD | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB | RIGHT HINDLIMB | NECK AND BODY |
|---|---|---|---|---|---|
| Star | | | Coronet | | |


Left


Right


Front

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

# CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

## CERTIFICATE NUMBER

25-CT-23832513

| INSPECTION DATE 2025-05-29 | ISSUE DATE 2025-06-04 | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE | |
|---|---|---|---|

**Name:** Maddie | **DOB:** 2009-05-27 | **Color:** Tobiano | **Gender:** Mare | **Breed:** Paint | **Head Count:** 1

**Official ID Types:** | **IDs:**

**Remarks:**
**Temperature:** 98.2

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316209045 | 2025-05-30 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

### Markings

| HEAD Blaze | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB No marking | RIGHT HINDLIMB High stocking | NECK AND BODY |
|---|---|---|---|---|---|


Left


Right


Front

Case 2:26-cv-00035    Document 1-1    Filed 06/03/26    Page 4 of 28 PageID #: 29



**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

# CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

### CERTIFICATE NUMBER

## 25-CT-23832513

| INSPECTION DATE 2025-05-29 | ISSUE DATE 2025-06-04 | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE | |
|---|---|---|---|---|

**Name:** My Dude | **DOB:** 2001-05-27 | **Color:** Bay | **Gender:** Gelding | **Breed:** Dutch Harness Horse | **Head Count:** 1

**Official ID Types:** | **IDs:**

**Remarks:**
**Temperature:** 97.3

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316212067 | 2025-05-30 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

### Markings

| HEAD | LEFT FORELIMB Coronet | RIGHT FORELIMB | LEFT HINDLIMB | RIGHT HINDLIMB Pastern | NECK AND BODY |
|---|---|---|---|---|---|


Left


Right


Front

Case 2:26-cv-00035    Document 1-1    Filed 06/03/26    Page 5 of 28 PageID #: 30

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

# CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

## CERTIFICATE NUMBER

**25-CT-23832513**

| INSPECTION DATE | ISSUE DATE | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE |
|---|---|---|---|
| 2025-05-29 | 2025-06-04 | | \| |

**Name:** Peyton | **DOB:** 1996-08-01 | **Color:** Palomino | **Gender:** Mare | **Breed:** Quarter Horse | **Head Count:** 1

**Official ID Types:** | **IDs:**

**Remarks:**
**Temperature:** 98.6

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316212036 | 2025-05-30 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

### Markings

| HEAD | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB | RIGHT HINDLIMB | NECK AND BODY |
|---|---|---|---|---|---|
| Star strip snip | | | Sock | Stocking | |


Left


Right


Front

Case 2:26-cv-00035    Document 1-1    Filed 06/03/26    Page 6 of 28 PageID #: 31

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

# CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

## CERTIFICATE NUMBER

### 25-CT-23832513

| INSPECTION DATE | ISSUE DATE | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE |
|---|---|---|---|
| 2025-05-29 | 2025-06-04 | | | |

**Name:** Prince | **DOB:** 2006-05-27 | **Color:** Chestnut | **Gender:** Gelding | **Breed:** Quarter Horse | **Head Count:** 1

**Official ID Types: | IDs:**

**Remarks:**
**Temperature:** 97.5

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316208247 | 2025-05-30 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

### Markings

| HEAD | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB | RIGHT HINDLIMB | NECK AND BODY |
|---|---|---|---|---|---|
| Blaze | Pastern | | Sock | Sock | |


Left


Right


Front

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

## CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

### CERTIFICATE NUMBER

25-CT-23832513

| INSPECTION DATE 2025-05-29 | ISSUE DATE 2025-06-04 | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE | |
|---|---|---|---|

**Name:** Santa Fe | **DOB:** 2002-08-01 | **Color:** Tobiano | **Gender:** Gelding | **Breed:** Pony - breed not specified/ unknown | **Head Count:** 1

**Official ID Types: | IDs:**

**Remarks:**
**Temperature:** 97.7

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316209596 | 2025-05-30 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

### Markings

| HEAD Star strip snip | LEFT FORELIMB High stocking | RIGHT FORELIMB High stocking | LEFT HINDLIMB High stocking | RIGHT HINDLIMB High stocking | NECK AND BODY |
|---|---|---|---|---|---|



Left


Right


Front

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

## CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

### CERTIFICATE NUMBER

25-CT-23832513

| INSPECTION DATE | ISSUE DATE | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE |
|---|---|---|---|
| 2025-05-29 | 2025-06-04 | | | |

**Name:** Snowman | **DOB:** 2001-08-01 | **Color:** Grey | **Gender:** Gelding | **Breed:** Standardbred | **Head Count:** 1

**Official ID Types:** | **IDs:**

**Remarks:**
**Temperature:** 97.8

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316213788 | 2025-05-30 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

### Markings

| HEAD | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB | RIGHT HINDLIMB | NECK AND BODY |
|---|---|---|---|---|---|
| No marking | | | | | |


Left


Right


Front

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

# CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

## CERTIFICATE NUMBER

### 25-CT-23832513

| INSPECTION DATE | ISSUE DATE | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE |
|---|---|---|---|
| 2025-05-29 | 2025-06-04 | | | |

**Name:** Sprinkles | **DOB:** 2002-08-01 | **Color:** Roan | **Gender:** Mare | **Breed:** Pony of the Americas (POA) | **Head Count:** 1

**Official ID Types: | IDs:**

**Remarks:**
**Temperature:** 99.5

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316212037 | 2025-05-30 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

### Markings

| HEAD | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB | RIGHT HINDLIMB | NECK AND BODY |
|---|---|---|---|---|---|
| No marking | | | | | |


Left


Right


Front

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

# CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

## CERTIFICATE NUMBER

25-CT-23832513

| INSPECTION DATE | ISSUE DATE | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE |
|---|---|---|---|
| 2025-05-29 | 2025-06-04 | | | |

**Name:** Wyatt | **DOB:** 2008-05-27 | **Color:** Chestnut | **Gender:** Gelding | **Breed:** Quarter Horse | **Head Count:** 1

**Official ID Types:** | **IDs:**

**Remarks:**
**Temperature:** 97.7

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316209614 | 2025-05-30 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

### Markings

| HEAD | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB | RIGHT HINDLIMB | NECK AND BODY |
|---|---|---|---|---|---|
| Star | Pastern | Pastern | Coronet | Sock | |


Left


Right


Front

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

## CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

### CERTIFICATE NUMBER

25-CT-23832513

| INSPECTION DATE 2025-05-29 | ISSUE DATE 2025-06-04 | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE | |
|---|---|---|---|

**Name:** Ace | **DOB:** 2005-09-09 | **Color:** Chestnut | **Gender:** Gelding | **Breed:** Belgian Cross | **Head Count:** 1

**Official ID Types: | IDs:**

**Remarks:**
Temperature: 97.3

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | AGID | IDEXX N. Grafton | 2024-08-22 | 2314229067 | 2024-08-24 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14100 | | 2024-08-22 | 2025-08-22 | Chelsea Santa-Lucia |

### Markings

| HEAD Star strip snip | LEFT FORELIMB Coronet | RIGHT FORELIMB | LEFT HINDLIMB Stocking | RIGHT HINDLIMB | NECK AND BODY |
|---|---|---|---|---|---|


Left


Right


Front

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

## CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity

FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM

For Interstate Travel - Certificate Valid for 30 days from Inspection

### CERTIFICATE NUMBER

25-CT-23832513

| INSPECTION DATE | ISSUE DATE | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE |
|---|---|---|---|
| 2025-05-29 | 2025-06-04 | | |

**Name:** Brody | **DOB:** 2007-05-27 | **Color:** Bay | **Gender:** Gelding | **Breed:** Warmblood | **Head Count:** 1

**Official ID Types:** | **IDs:**

**Remarks:**
**Temperature:** 97.9

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316212051 | 2025-05-30 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

### Markings

| HEAD | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB | RIGHT HINDLIMB | NECK AND BODY |
|---|---|---|---|---|---|
| Star | | | | | |


Left


Right


Front



**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

# CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

## CERTIFICATE NUMBER

## 25-CT-23832513

| INSPECTION DATE | ISSUE DATE | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE |
|---|---|---|---|
| 2025-05-29 | 2025-06-04 | | | |

**Name:** Chip | **DOB:** 2002-08-01 | **Color:** Buckskin | **Gender:** Gelding | **Breed:** Quarter Horse | **Head Count:** 1

**Official ID Types:** | **IDs:**

**Remarks:**
**Temperature:** 98.6

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316212023 | 2025-05-30 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

### Markings

| HEAD | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB<br>Sock | RIGHT HINDLIMB<br>Pastern | NECK AND BODY |
|---|---|---|---|---|---|


Left


Right


Front

Case 2:26-cv-00035     Document 1-1     Filed 06/03/26     Page 14 of 28 PageID #: 39

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

# CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

## CERTIFICATE NUMBER

25-CT-23832513

| INSPECTION DATE 2025-05-29 | ISSUE DATE 2025-06-04 | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE | |
|---|---|---|---|

**Name:** Cinnamon Buns | **DOB:** 2008-08-01 | **Color:** Chestnut Roan | **Gender:** Gelding | **Breed:** American Miniature Horse | **Head Count:** 1

**Official ID Types: | IDs:**

**Remarks:**
Temperature: 98.2

## Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316212079 | 2025-05-30 | Negative |

## Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

## Markings

| HEAD | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB Sock | RIGHT HINDLIMB Sock | NECK AND BODY |
|---|---|---|---|---|---|


Left


Right


Front

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

# CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

## CERTIFICATE NUMBER

25-CT-23832513

| INSPECTION DATE | ISSUE DATE | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE |
|---|---|---|---|
| 2025-05-29 | 2025-06-04 | | | |

**Name:** Doc | **Age:** 18 years | **Color:** Bay | **Gender:** Gelding | **Breed:** Morgan | **Head Count:** 1

**Official ID Types: | IDs:**

**Remarks:**
**Temperature:** 98.4

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | AGID | IDEXX N. Grafton | 2024-08-22 | 2314229066 | 2024-08-24 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14100 | | 2024-08-22 | 2025-08-22 | Chelsea Santa Lucia |

### Markings

| HEAD | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB | RIGHT HINDLIMB | NECK AND BODY |
|---|---|---|---|---|---|
| No marking | No marking | No marking | No marking | No marking | No marking |



Left



Right



Front

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

# CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

## CERTIFICATE NUMBER

25-CT-23832513

| INSPECTION DATE | ISSUE DATE | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE |
|---|---|---|---|
| 2025-05-29 | 2025-06-04 | | | |

**Name:** Enzo | **DOB:** 2020-07-18 | **Color:** Chestnut | **Gender:** Gelding | **Breed:** Shetland Pony | **Head Count:** 1

**Official ID Types: | IDs:**

**Remarks:**
**Temperature:** 98.6

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316212572 | 2025-05-30 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

### Markings

| HEAD | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB | RIGHT HINDLIMB | NECK AND BODY |
|---|---|---|---|---|---|
| Blaze | Sock | Sock | Stocking | | |


Left


Right


Front

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

## CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

## CERTIFICATE NUMBER

### 25-CT-23832513

| INSPECTION DATE 2025-05-29 | ISSUE DATE 2025-06-04 | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE | |
|---|---|---|---|---|

**Name:** Hillbilly Hula Gal | **DOB:** 2009-01-01 | **Color:** Chestnut | **Gender:** Mare | **Breed:** Thoroughbred | **Head Count:** 1

**Official ID Types:** Barn Name | **IDs:**
Willow

**Remarks:**
**Temperature:** 98.4

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316212629 | 2025-05-30 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

### Markings

| HEAD Star strip snip | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB | RIGHT HINDLIMB Coronet | NECK AND BODY |
|---|---|---|---|---|---|


Left


Right


Front

Connecticut Department of Agriculture
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

# CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

## CERTIFICATE NUMBER

25-CT-23832513

| INSPECTION DATE<br>2025-05-29 | ISSUE DATE<br>2025-06-04 | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE<br>\| |
|---|---|---|---|

**Name:** Irish | **DOB:** 2006-05-27 | **Color:** Black | **Gender:** Gelding | **Breed:** Percheron | **Head Count:** 1

**Official ID Types: | IDs:**

**Remarks:**
**Temperature:** 97.9

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316212039 | 2025-05-30 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

### Markings

| HEAD<br>Star | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB<br>Pastern | RIGHT HINDLIMB<br>Pastern | NECK AND BODY |
|---|---|---|---|---|---|



Left



Right



Front

Connecticut Department of
Agriculture
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

# CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

## CERTIFICATE NUMBER

### 25-CT-23832513

| INSPECTION DATE 2025-05-29 | ISSUE DATE 2025-06-04 | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE | |
|---|---|---|---|---|

**Name:** Lance | **DOB:** 1997-05-27 | **Color:** Black | **Gender:** Gelding | **Breed:** Percheron | **Head Count:** 1

**Official ID Types:** | **IDs:**

**Remarks:**
**Temperature:** 99.1

## Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316212659 | 2025-05-30 | Negative |

## Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

## Markings

| HEAD Star | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB | RIGHT HINDLIMB | NECK AND BODY |
|---|---|---|---|---|---|


Left


Right


Front

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

# CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

## CERTIFICATE NUMBER

25-CT-23832513

| INSPECTION DATE | ISSUE DATE | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE |
|---|---|---|---|
| 2025-05-29 | 2025-06-04 | | | |

**Name:** Merci Beaucoup | **DOB:** 2008-08-01 | **Color:** Bay | **Gender:** Gelding | **Breed:** Quarter Horse | **Head Count:** 1

**Official ID Types:** Barn Name | **IDs:**
Beau

**Remarks:**
Temperature: 98.8

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316212687 | 2025-05-30 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

### Markings

| HEAD | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB | RIGHT HINDLIMB | NECK AND BODY |
|---|---|---|---|---|---|
| Star strip snip | | | | Sock | |


Left


Right


Front

Case 2:26-cv-00035   Document 1-1   Filed 06/03/26   Page 21 of 28 PageID #: 46



**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

# CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

**CERTIFICATE NUMBER**

## 25-CT-23832513

| INSPECTION DATE | ISSUE DATE | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE |
|---|---|---|---|
| 2025-05-29 | 2025-06-04 | | | |

**Name:** Mona Lisa **| DOB:** 2005-08-01 **| Color:** Blue Roan **| Gender:** Mare **| Breed:** Quarter Horse **| Head Count:** 1

**Official ID Types: | IDs:**

**Remarks:**
**Brand Description:** Triton, left hind
**Temperature:** 98.5

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316212033 | 2025-05-30 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

### Markings

| HEAD Star | LEFT FORELIMB Coronet | RIGHT FORELIMB Coronet | LEFT HINDLIMB Sock | RIGHT HINDLIMB Sock | NECK AND BODY |
|---|---|---|---|---|---|


Left


Right


Front


Other

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

# CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

## CERTIFICATE NUMBER

25-CT-23832513

| INSPECTION DATE 2025-05-29 | ISSUE DATE 2025-06-04 | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE | |
|---|---|---|---|

**Name:** Nugget | **DOB:** 2002-05-27 | **Color:** Palomino | **Gender:** Gelding | **Breed:** Quarter Horse | **Head Count:** 1

**Official ID Types: | IDs:**

**Remarks:**
**Temperature:** 98.7

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316213584 | 2025-05-30 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

### Markings

| HEAD No marking | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB | RIGHT HINDLIMB | NECK AND BODY |
|---|---|---|---|---|---|



Left



Right



Front

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

## CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

### CERTIFICATE NUMBER

25-CT-23832513

| INSPECTION DATE 2025-05-29 | ISSUE DATE 2025-06-04 | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE |
|---|---|---|---|
| | | | |

**Name:** Orlando | **DOB:** 2003-09-09 | **Color:** Grey | **Gender:** Gelding | **Breed:** Warmblood | **Head Count:** 1

**Official ID Types: | IDs:**

**Remarks:**
**Temperature:** 97.4

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | AGID | IDEXX N. Grafton | 2024-08-22 | 2314229068 | 2024-08-24 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14100 | | 2024-08-22 | 2025-08-22 | Chelsea Santa Lucia |

### Markings

| HEAD None | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB | RIGHT HINDLIMB | NECK AND BODY |
|---|---|---|---|---|---|


Left


Right


Front

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

## CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

### CERTIFICATE NUMBER

25-CT-23832513

| INSPECTION DATE | ISSUE DATE | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE |
|---|---|---|---|
| 2025-05-29 | 2025-06-04 | | | |

**Name:** Owen | **DOB:** 2007-09-09 | **Color:** Bay | **Gender:** Gelding | **Breed:** Quarter Horse | **Head Count:** 1

**Official ID Types:** | **IDs:**

**Remarks:**
**Brand Description:**60 left hamstring
**Temperature:** 97.2

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316212027 | 2025-05-30 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

### Markings

| HEAD | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB | RIGHT HINDLIMB | NECK AND BODY |
|---|---|---|---|---|---|
| Whorl | | | | | |


Left


Right


Front

Case 2:26-cv-00035    Document 1-1    Filed 06/03/26    Page 25 of 28 PageID #: 50

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

# CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

## CERTIFICATE NUMBER

25-CT-23832513

| INSPECTION DATE 2025-05-29 | ISSUE DATE 2025-06-04 | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE | |
|---|---|---|---|---|

**Name:** Poet | **Age:** 16 years | **Color:** Bay | **Gender:** Mare | **Breed:** Thoroughbred | **Head Count:** 1

**Official ID Types: | IDs:**

**Remarks:**
**Temperature:** 98.1

## Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316212031 | 2025-05-30 | Negative |

## Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

## Markings

| HEAD Star | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB Sock | RIGHT HINDLIMB Sock | NECK AND BODY |
|---|---|---|---|---|---|



Left



Right



Front

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

## CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

### CERTIFICATE NUMBER

25-CT-23832513

| INSPECTION DATE | ISSUE DATE | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE |
|---|---|---|---|
| 2025-05-29 | 2025-06-04 | | | |

**Name:** Slick | **DOB:** 2001-05-27 | **Color:** Grey | **Gender:** Gelding | **Breed:** Quarter Horse | **Head Count:** 1

**Official ID Types:** | **IDs:**

**Remarks:**
**Temperature:** 99.6

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | ELISA | IDEXX N. Grafton | 2025-05-29 | 2316212024 | 2025-05-30 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14114B | | 2025-05-29 | 2026-05-29 | Chelsea Santa Lucia, DVM |

### Markings

| HEAD No marking | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB | RIGHT HINDLIMB | NECK AND BODY |
|---|---|---|---|---|---|


Left


Right


Front

**Connecticut Department of Agriculture**
450 Columbus Boulevard
Suite 702
Hartford, CT 06103
Phone: 860-713-2504
Fax: 860-713-2515

https://portal.ct.gov/DOAG/Regulatory/Regulatory/State-Veterinarian

# CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
For Interstate Travel - Certificate Valid for 30 days from Inspection

## CERTIFICATE NUMBER

### 25-CT-23832513

| INSPECTION DATE | ISSUE DATE | ENTRY PERMIT NUMBER | BRAND INSPECTION NUMBER & ISSUE DATE |
|---|---|---|---|
| 2025-05-29 | 2025-06-04 | | | |

**Name:** Ted | **DOB:** 2007-09-09 | **Color:** Bay Roan | **Gender:** Gelding | **Breed:** Appaloosa | **Head Count:** 1

**Official ID Types:** | **IDs:**

**Remarks:**
**Temperature:** 99.1

### Tests

| Name | Type | Lab | Test Date | Accession | Result Date | Result |
|---|---|---|---|---|---|---|
| EIA | AGID | IDEXX N. Grafton | 2024-08-22 | 2314229065 | 2024-08-24 | Negative |

### Vaccinations

| Name | Type | Manufacturer/Product | Lot Number | Lot Expiration | Administered | Expiration | Remarks |
|---|---|---|---|---|---|---|---|
| Rabies | | - Imrab LA (Large Animal) | 14100 | | 2024-08-22 | 2025-08-22 | Chelsea Santa Lucia |

### Markings

| HEAD | LEFT FORELIMB | RIGHT FORELIMB | LEFT HINDLIMB | RIGHT HINDLIMB | NECK AND BODY |
|---|---|---|---|---|---|
| Star | | sock | Stocking | Stocking | |


Left


Right


Front

**OWNER / AGENT STATEMENT**
The animals in this shipment are those certified to and listed on this certificate.

Signature          Date

**OFFICIAL USE ONLY**
The Veterinarian issuing this certificate is accredited and has been authorized to inspect animals and issue certificates.

**VETERINARIAN'S SIGNATURE:**
This is a legally binding equivalent of a handwritten signature.

*Chelsea Santa Lucia*   Chelsea Santa Lucia
2025-06-04 16:09:49 EDT

VETERINARIAN CERTIFICATION - I certify, as an accredited Veterinarian, that the above animals have been inspected by me and that they are not showing signs of infectious, contagious, and/or communicable disease, (except where noted). The vaccinations and results of tests are indicated on the certificate. To the best of my knowledge, the animals listed on this certificate meet the state of destination and federal interstate requirements. No further warranty is made or implied.

**Chelsea Santa Lucia**
73 W Stafford Road
Stafford, CT 06076
Phone: (860) 971-7300

License Number and State:          4960 - CT
National Accreditation Number:     096370

Case 2:26-cv-00035   Document 1-1   Filed 06/03/26   Page 28 of 28 PageID #: 53