# IN THE GENERAL SESSIONS COURT OF FENTRESS COUNTY, TENNESSEE

STATE OF TENNESSEE vs. ___JONATHON NEUMANN___  Court Case # _____

ADDRESS: ___3341 LEATHERWOOD FORD RD JAMESTOWN TN 38556___  Fentress Cad # _2025-006852A_

DOB ___11/28/1998___ RACE _W_ SEX _M_ HGT ___507___ WGT _____

HAIR _____ EYES _BRO_ OTHER MARKS _____ SSN ___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___

TDL# ___158172895___ PHONE# _____ EMPLOYMENT: _____

VEHICLE: YR. _____ MAKE/MODEL _____ VIN _____

LIC# _____ STATE _____ LOCATION OF ARREST: _____

CO-DEFENDANT(S): _____

## ARREST WARRANT/CRIMINAL SUMMONS

TO ANY LAWFUL OFFICER OF THE STATE:

Based on this affidavit of complaint made and sworn before me and attached hereto, there is probable cause to believe that the offense(s) listed below have/has been committed in Fentress County, Tennessee, by the defendant; you are therefore commanded in the name of the State of Tennessee forthwith to ☐ (summon) ☑ **(arrest and bring)** the said accused person before the General Sessions Court of Fentress County, Tennessee, to answer the following charge(s) -
X27 CRUELTY TO ANIMALS 39-14-202

Bail: $ _30,000.00_  ☐ Special Domestic Violence Bail   Date: _9-22-2025_
☐ Other Special Bail Conditions   Conditions on Back of Warrant
as follows: _____   _Dina Mull_
_____   JUDGE/CLERK/COMMISSIONER

☐ The Magistrate finds that it is necessary to issue an arrest warrant instead of an summons based on the affidavit of a non law enforcement officer in order to prevent an immediate threat of harm to a victim as defined in Tennessee Code Annotated §36-3-601(8).

## OFFICER'S RETURN

Date: _9/22/25_
Time: _3:50_ ☐ AM ☑ PM

### ARREST

Executed as commanded by the arrest of the defendant for the following indicated reasons:

☐ Nature of Offense (Felony, DUI, Bad Check, Driving on Revoked License, Prostitution) or Command of Magistrate.
☐ Defendant's safety/medical care

☑ Likelihood of offense continuing
☐ Likelihood of personal/property injury
☐ Dangerously intoxicated
☐ Unsatisfactory evidence of identity

☐ Likelihood of failure to appear
☐ Refusal to sign citation
☐ Outstanding arrest warrant(s)

☑ Fentress Co. Sheriff's Dept.   ☐ THP
☐ Jamestown Police Dept.   ☐ _____

OFFICER: _Humphrey #711_

### SUMMONS

NOTICE: YOU ARE CHARGED WITH A STATE CRIMINAL OFFENSE. THIS SUMMONS HAS BEEN ISSUED IN LIEU OF AN ARREST WARRANT. YOUR FAILURE TO APPEAR IN COURT ON THE DAY AND TIME ASSIGNED BY THIS SUMMONS OR THE FAILURE TO APPEAR FOR BOOKING AND PROCESSING AS DIRECTED BY THIS SUMMONS WILL RESULT IN YOUR ARREST FOR SEPARATE CRIMINAL OFFENSES PUNISHABLE AS PROVIDED IN TENNESSEE CODE ANNOTATED, SECTION 39-16-609 REGARDLESS OF THE DISPOSITION OF THE CHARGE FOR WHICH YOU WERE ORIGINALLY SUMMONED. YOU ARE ENCOURAGED TO CONSULT WITH AN ATTORNEY ABOUT THIS SUMMONS. THE SIGNING AND ACCEPTANCE OF THIS SUMMONS BY THE DEFENDANT IS NOT AN ADMISSION OF GUILT OF THE CRIMINAL OFFENSE CHARGED.

**YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE GENERAL SESSIONS COURT AT THE COURTHOUSE IN JAMESTOWN, TENNESSEE ON THE FOLLOWING TIME AND DATE.**

TIME: _____ (a.m.) (p.m.) DATE: _____
CERTIFICATE OF SERVICE: The undersigned officer hereby certifies that on the date shown he summoned the defendant to appear in the above court on the date and time shown by giving the defendant a duplicate of this citation.

OFFICER: _____ DATE: _____
ACCEPTANCE OF SERVICE: By signing below, I hereby agree to appear in the Above Court on the date and time shown to answer the charges herein. I understand that my signature and acceptance of service is not an admission of guilt. I understand that if I fail to appear that I will be subject to the criminal penalties set forth in the Notice above.

DEFENDANT: _____

IN THE GENERAL SESSIONS COURT OF FENTRESS COUNTY, TENNESSEE

STATE OF TENNESSEE

COURT CASE # _____

VS.

STATE CONTROL # _____

JONATHON NEUMANN

FENTRESS CAD # 2025-006852A

## AFFIDAVIT OF COMPLAINT

I, affiant named below, after being duly sworn according to law, state that the defendant, whose identity is set forth to the best of my knowledge on the attached arrest warrant/summons, committed the offense(s) listed below in Fentress County on or about the dates shown and that the essential facts constituting the offenses, the sources of my information, and the basis for the reliability of the information are as follows:

| Charge(s) | Tennessee Code Annotated | Date of Offense |
|---|---|---|
| X27 CRUELTY TO ANIMALS | 39-14-202 | 09/09/2025 |

Basis for Charge:

On September 9, 2025, at approximately 07:52 A.M. CST, Fentress County Sheriff's Secretary received an email of a livestock welfare complaint that had been submitted. Complaint mentioned horses going without hay or water for five days and a neighbor bringing hay. 11 horses in the front and 14 in the back with only 1 strain of wire holding them in. After review Deputy Garry Kinney went to the location on July 28, 2025, and took pictures of sickly-looking horses. Horses are showing rib bones and spine bones and appear to be malnourished. On 09/09/2025 Sheriff Reagon visited the residence with consent to look at the horses and found they as well looked sickly. I also believe there are too many horses per acre of land. Thers is 9 or more horses on the front lot, and it was approximately 1 acre. Photos were taken of the animals on the property.

WITNESSES/PHYSICAL EVIDENCE SEIZED

HUNTER FOWLER      SEARCH WARRANT
DAVID WOODARD      HORSES
PHOTOS
WES MONTOOTH

☐ ffidavit cont. on page _____ attached hereto

### Acknowledgement of Oath/Probable Cause Determination

Fentress County Sheriff's Dept.    Agency: 0250000

Law Enforcement Officer/Affiant
*[signature]*

Affiant's signature

Danny Miller
Name (printed)

Address: 140 Justice Center Dr.
Jamestown TN, 38556

Phone# (931) 879-8142

Based on this affidavit of complaint made and sworn before me on the date shown and acknowledged by the affiant's signature, there is probable cause to believe that the offense(s) listed above have/has been committed in Fentress County, Tennessee, by the defendant; all law enforcement officers are therefore commanded in the name of the State of Tennessee forthwith to [☐ summon] [☑ arrest and bring] the said accused person before the General Sessions Court of Fentress County, Tennessee, to answer the charge(s) unless the defendant has already been cited or arrested without warrant.

*[signature]*    Date: 9-22-25

Judge/Clerk/Judicial Commissioner

### NOTIFICATION OF POSSIBLE EXPUNCTION OF CRIMINAL RECORDS

If the defendant's charge is dismissed; a no true bill is returned by the grand jury; the defendant is arrested and released without being charged with an offense; or the court enters a nolle prosequi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action and pursuant to T.C.A. § 40-32-101, to the removal and destruction of all public records relating to the case without cost to the defendant.
**Legal Authority:** TCA §§40-6-203, 40-6-204, TRCRP 3

On 9/9/2025 Sheriff Reagon contacted the Tennessee Department of Agriculture Technician, Wes Montooth, regarding the horses that were on the property. On 9/9/2025, Sheriff Reagon and Tennessee Department of Agriculture Technician Wes Montooth traveled to the property with permission for the purpose of inspecting the health and condition of the horses. After having obtained permission and consent from Amy Lions and Johnathan Newman to enter onto the property, Technician Wes Montooth inspected the horses. Tennessee Department of Agriculture Technician Wes Montooth inspected the horses and gave two a score of 4 and the remainder of the horses made a score of under 4. Sheriff Reagon then filed a search warrant that was executed soon after. Sheriff Reagon, Investigator David Woodard, Chief Deputy Fowler, and I executed the search warrant and seized 25 horses and two ponies. Photos were taken of the horses and sent to Horses Haven as all the horses were showing rib bones, back bones, and hip bones. During the search warrant it was clear the owners had neighbors bring hay to the horses after our first visit. The horses show signs of fighting for the little feed and or water available showing where other horses had bitten them and kicked them. As the horses where took out one by one they all would drop their heads and eat the grass in the area. Every horse would eat the grass off the ground until their heads were lifted for scoring and then drop their heads again. During the first visit the ground was bare and there was no hay in the field.

# AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

## COUNTY OF FENTRESS
## STATE OF TENNESSEE

Personally appeared before the **Honorable Todd Burnett, Judge of the General Sessions Court of Fentress County** for said State, the undersigned, Sheriff Michael Reagon, **Sheriff of Fentress County,** and now makes oath in due form of law that there is probable and reasonable cause to believe that at 3341 Leatherwood Ford Rd, Jamestown, TN 38556,(True west camp ground). The property according to the State of Tennessee Comptroller of the Treasury Real Estate Assessment Data website is owned by True West LLC. The evidence to be searched for is as follows: Any animals living, dead or not yet born, any records either digital or hardcopy pertaining to the upkeep and maintenance of any animals currently owned or animals previously owned, receipts for food and care of any animals currently owned or animals previously owned including any veterinary records for any animals currently owned or previously owned, and samples of food, forage, water, fecal material, soil, flooring, subflooring, wall, ceiling, clothing, furniture, bedding, blankets, and pillows.

YOU ARE THEREFORE COMMANDED to make an immediate search of the following residence to include outbuildings and other places appurtenant to the residence located at address 3341 Leatherwood Ford Rd, Jamestown, TN 38556 (True west campground). Together with any outdoor property and outbuildings or barns found thereon, for the aforesaid evidence; and if you find the same, or any part hereof, you shall seize the evidence, make a report to this Court of the evidence seized and safe keep the same in the state of Tennessee pending further orders of this Court.

## STATEMENT OF FACTS IN SUPPORT OF PROBABLE CAUSE

This affidavit is made by **Sheriff Michael Reagon, Sheriff of Fentress County,** who has been employed as a law enforcement officer with the State of Tennessee since 1989 and has been Sheriff of Fentress County since 2017. Sheriff Reagon is a lifelong farmer and has extensive knowledge of the care of livestock due to his experience as a farmer. Sheriff Reagon started his career with the Pickett County Sheriff's Office and has also worked for the Jamestown Police Department and the Fentress County Sheriff's Office prior to being appointed and then elected as the Sheriff of Fentress County.

1.  This affidavit is made by Sheriff Michael Reagon who now testifies herein, based upon information personally observed or received from other law enforcement officers, unless otherwise stated, which your Affiant believes to be true, and is as follows:

2.  On September 9, 2025, at approximately 07:52 A.M. CST, Fentress County Sheriff's Secretary received an email of a livestock welfare complaint that had been submitted. Complaint mentioned horses going without hay or water for five days and a neighbor bringing hay. 11 horses in the front and 14 in the back with only 1 strain of wire holding them in.

3. After review Deputy Garry Kinney went to the location on July 28, 2025, and took pictures of sickly-looking horses. Houses are showing rib bones and spine bones and appear to be malnourished.

4. On 09/09/2025 I, Sheriff Reagon visited the residence with consent to look at the horses and found they as well looked sickly. I also believe there are too many horses per acre of land. Thers is 9 or more horses on the front lot, and it was approximately 1 acre. Photos were taken of the animals on the property.

5. On 9/9/2025 Sheriff Reagon contacted the Tennessee Department of Agriculture Technician, Wes Montooth, regarding the horses that were on the property.

6. On 9/9/2025, Sheriff Reagon and Tennessee Department of Agriculture Technician Wes Montooth traveled to the property with permission for the purpose of inspecting the health and condition of the horses. After having obtained permission and consent from Amy Lions and Johnathan Newman to enter onto the property, Technician Wes Montooth inspected the horses.

7. Tennessee Department of Agriculture Technician Wes Montooth inspected the horses and gave two a score of 4 and the remainder of the horses made a score of under 4.

8. Your Affiant believes that it is necessary to search the property at 3341 Leatherwood Ford Rd, Jamestown, TN 38556 (True west campground) including pastures, all Livestock and animals on the property, barns and other places appurtenant to said property, for the aforementioned items in order to prevent further violations of Tennessee Law.

9. This affidavit does not include all facts and circumstances known to law enforcement.

## **Conclusion**

Based upon my knowledge, training, and experience, the facts set forth above establish probable cause that the premises located at **3341 Leatherwood Ford Rd, Jamestown, TN 38556,(True west camp ground)**, is a residence where TCA Section(s) 39-14-202, Cruelty to Animals is taking place and evidence supporting a violation of TCA Section(s) 39-14-202, Cruelty to Animals will be located at the premise.

I SWEAR THE FORGOING IS TRUE UNDER PENALTY OF PERJURY.

_Michal Reagon_      _9-9-2025_
AFFIANT                    DATE

Sworn to and subscribed before me this the ___9th___ day of ___September___, 2025

HONORABLE TODD BURNETT
FENTRESS COUNTY GENERAL SESSIONS COURT JUDGE

# SEARCH WARRANT

## COUNTY OF FENTRESS
## STATE OF TENNESSEE

**TO ANY PEACE OFFICER WITHIN OR OF SAID COUNTY:**

Proof by Affidavit having been made before me by **Sheriff Michael Reagon,** Sheriff of Fentress County that there is probable cause to believe that certain evidence of a crime, to wit: violations of state laws as set forth in TCA Section(s) 39-14-202, Cruelty to Animals to be found in and/or around a property located at **3341 Leatherwood Ford Rd, Jamestown, TN 38556,(True west camp ground).** The property according to the State of Tennessee Comptroller of the Treasury Real Estate Assessment Data website is owned by True West LLC. The evidence to be searched for is as follows: Any animals living, dead or not yet born, any records either digital or hardcopy pertaining to the upkeep and maintenance of any animals currently owned or animals previously owned, receipts for food and care of any animals currently owned or animals previously owned including any veterinary records for any animals currently owned or previously owned, and samples of food, forage, water, fecal material, soil, flooring, subflooring, wall, ceiling, clothing, furniture, bedding, blankets, and pillows.

**YOU ARE THEREFORE COMMANDED** to make an immediate search of the following residence to include outbuildings and other places appurtenant to the residence located at address 3341 Leatherwood Ford Rd, Jamestown, TN 38556 (True west campground). Together with any outdoor property and outbuildings or barns found thereon, for the aforesaid evidence; and if you find the same, or any part hereof, you shall seize the evidence, make a report to this Court of the evidence seized and safe keep the same in the state of Tennessee pending further orders of this Court.

**I HEREBY CERTIFY THAT I HAVE DELIVERED THIS SEARCH WARRANT FOR EXECUTION TO:**
FENTRESS COUNTY SHERIFF MICHAEL REAGON at _12:17_ o'clock _P_ M, on this _9th_ day of _September_, 2025.

JUDGE/MAGISTRATE _____ of Fentress County, Tennessee

# OFFICER'S RETURN AND INVENTORY OF PROPERTY SEIZED

The within warrant came to be executed on this **9th** day of **September**, 2025, by searching the person and premises herein described, and taking therefrom the following items as reported to Honorable Todd Burnett General Sessions Court Judge of Fentress County, Tennessee:

(1) Gray mare FC99A

(2) Red pony FC99B gelding

(3) Red sorrell Pony FC99C gelding

(4) Black Pershian gelding FC99D

(5) Gray Thorough Bred cross gelding FC99E

(6) Gray gelding X7896 FC99F

(7) Red gelding FC99G

(8) Palamino Gelding FC99H

(9) Palamino mare FC99I

(10) Dark Bay short Tail GO on left hip FC99J

(11) Brown Gelding FC99K

(12) Appalosa gelding FC99L

(13) Black gelding 2 rear w/stocking feet FC99M

(14) Bay Gelding FC99N

(15) Blaze Face chestnut gelding FC99O

(16) Dark Bay gelding FC99P

(17) Red gelding w/star FC99Q

(18) Red Mare FC99R

(19) Gray gelding FC99S

(20) Dark Bay w/star gelding FC99T

(21) Bay gelding FC99U

(22) Dark Bay Mare FC99V LF inj

(23) Bay Mare FC99W

(24) Bay Roan Mare pitch Fork L Hip FC99X

(25) Paint gelding Left Hip YJG FC99Y

(26) Paint Mare w/ Left Rear foot w/w FC99Z

(27) Buckskin Mare S knot on left front center Hip FC99AA

_Michael Reagen_
**AGENT/OFFICER MAKING RETURN**

## JUDGMENT ON SEARCH WARRANT

Due and proper return having been made of the warrant, the property seized as described in the said return shall be retained, subject to the orders of the issuing court, and the within warrant and return shall be filed in the office of the Clerk of the Court.

This _____ day of _____, _____.

_____
**JUDGE/MAGISTRATE**

**APPEARANCE BOND - GENERAL SESSIONS & CRIMINAL COURT**

## STATE OF TENNESSEE
### GENERAL SESSIONS & CRIMINAL COURT OF _____Fentress_____ COUNTY

WE, _____Jonathan Robert Newman_____, Principal/Defendant and Buddy's Bail Bonding and _____ _____, Sureties, agree to bind ourselves and pay the State of Tennessee _____30000.²_____ Dollars. unless the said Defendant shall appear before the Court of General Sessions/Criminal Court, at _Fentress_ County, Tennessee, on the _____7_____ day of _____Oct_____ 20_25_, at _____9_____ O'clock ___A__m., and from day to day until the case is finally concluded and if, the Principal be bound over to Grand Jury, then before the Criminal Court of _Fentress_ County from Term to Term until the case there be finally concluded and shall not depart the court without leave.

## NOTICE
### IF YOU USE A PROFESSIONAL BONDSMAN

*AMOUNT OF CHARGES TO YOU.* The premium fee for your bond should not be more than ten percent (10%) of the face amount of your bond. For example, if your bond is $2,500 the premium on the bond should not be more than $250. In addition to this amount, the law also permits a one-time $25 initiation fee. (T.C.A. 40-11-316).

*INSIST ON A RECEIPT.* The law, (T.C.A. 40-11-304), requires a bail bondsman to keep a duplicate receipt. The receipt must show the name of the person paying money or pledging property, the name of the person for whom it was paid, the account or purpose for which it is received, and the suit action or matter in which the money is paid.

*COLLATERAL THAT CAN BE REQUIRED.* If a bondsman insists on collateral in addition to the ten percent (10%) premium fee, you may wish to talk to another bondsman. However, a bondsman may accept collateral, and if the bondsman accepts collateral, the bondsman must give a written receipt for the collateral, and the receipt shall give in full description of the collateral received and the terms of redemption as required by T.C.A. 40-11-126(8).

**A BONDSMAN MAY NOT LOCK YOU BACK UP OR SURRENDER YOU ARBITRARILY OR WITHOUT GOOD CAUSE, GOOD CAUSE MAY INCLUDE YOUR FAILURE TO PERFORM YOUR OBLIGATIONS UNDER THE CONTRACT YOU HAVE WITH YOUR BONDSMAN (T.C.A. 40-11-126 (7) & 40-11-132).**

COURTROOM APPEARANCE. The Court orders you to comply with the following dress code when attending court, to wit:

**MEN** shall dress with long pants, shirt and shoes. **WOMEN** shall wear a dress, or long pants with a shirt or blouse and shoes. Violators may be held in contempt of Court.

*Witness our hands this the* _____23_____ *day of* _____Sept_____ 20 _25_.
The undersigned bail bondsman also certifies that the $12.00 state tax has been collected as required by law.

Buddy's Bail Bonding
267 D.C. Bilbrey Ln.
Hilham, TN 38568

_____
Agent/Sureties

_____
Approved By Sheriff

_____
Approved By Correction Officer

_____
Principal

_____
Address

SS # _____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_____ DOB __11_/_28_/_

_____
Date Accepted and File

White Copy - Court          Yellow Copy - Company          Pink Copy - Client

| | | | | Deputy Clerk | By | Clerk | | Filed the | | | Charge: | | | | STATE OF TENNESSEE VS. | COURT OF GENERAL SESSIONS AND CRIMINAL COURT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# IN THE GENERAL SESSIONS COURT OF FENTRESS COUNTY, TENNESSEE

**STATE OF TENNESSEE**

Vs.                                                     Case No.: 25-878

Jonathon Neumann
**Defendant**

## AGREED ORDER

This cause came to be heard before the Honorable Todd Burnett, Judge of the Fentress County General Sessions Court, upon the agreed announcement of all the parties in open Court.

**IT IS THEREFORE ORDERED** by the **COURT** as follows:

Defendant shall surrender whatever interest he has for all 27 horses. Defendant shall not own horses for 5 years. Defendants case shall dismiss upon this order being filed. (in tennessee)

**Entered** and **Ordered** by the Court this ___7th___ day of ___October___, 20_25_.

_____
**Honorable Todd Burnett**
**Judge of the General Sessions Court**

Approved:

_____
Asst. District Attorney General

_____
Counsel for Defendant

_____
Defendant