# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

JONATHAN NEUMANN

*Plaintiff,*

v.

FENTRESS COUNTY, TENNESSEE;
MICHAEL REAGON, in his individual
capacity; and JOHN MONTOOTH, in
his individual capacity,

*Defendants.*

Case No. 2:26-cv-00035

**JURY DEMANDED**

---

## PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBIT 2 TO THE COMPLAINT UNDER SEAL AND TO SUBSTITUTE A REDACTED VERSION

Plaintiffs Jonathon Neumann and True West Campgrounds and Glamping, LLC, by and through undersigned counsel, respectfully move the Court, pursuant to Federal Rule of Civil Procedure 5.2(a), Local Rules 5.03 and this Court's *Notice Regarding Privacy and Public Access to Electronic Case Files*, for entry of an Order (1) directing that the unredacted version of Exhibit 2 to the Complaint (Doc. 1-2) be placed and maintained under seal, and (2) granting Plaintiffs leave to file a redacted version of Exhibit 2 on the public docket. In support, Plaintiffs state as follows.

As grounds, Exhibit 2 inadvertently includes unredacted personal data identifiers belonging to Plaintiff Jonathon Neumann—his full Social Security number, his full date of birth, and his driver's license number (Doc. 1-2 at PageID #54–55)—which Rule 5.2(a) and this Court's privacy rules require to be omitted or partially redacted from documents available to the public. The requested relief is narrowly tailored: only the unredacted exhibit would be sealed, while a redacted version omitting nothing more than the protected identifiers would remain available to the public.

1

In further support, Plaintiffs rely upon the accompanying Memorandum of Law, filed contemporaneously herewith, and the entire record in this matter.

**CONSULTATION OF COUNSEL**

As of the filing of this Motion, no Defendant has appeared in this action, and consultation under LR 7.01(a)(1) is therefore not yet practicable. Plaintiffs do not anticipate that this Motion, which seeks only to protect Plaintiff Neumann's own personal data identifiers, is opposed.

Respectfully submitted,

BRAZIL CLARK, PLLC


*/s/ Paul D Randolph*
Wesley Ben Clark, BPR #32611
Paul D. Randolph III, BPR #39667
760 E. Argyle Avenue
Nashville, Tennessee 37203
(615) 730-8619
wesley@brazilclark.com
paul@brazilclark.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

2

I hereby certify that a copy of this Motion will be served with the Complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

*/s/ Paul D Randolph*